John Szremba by Helen Szremba, Appellee, v. Chicago
Railways Company, Appellant.

Gen. No. 20,359.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. Lock-
wood Honore, Judge, presiding. Heard in this court at the March
term, 1914. Reversed with finding of fact. Opinion filed December
21, 1914.

### Statement of the Case.

Suit by John Szremba, a minor, by Helen Szremba,
his next friend, against the Chicago Railways Com-
pany to recover for injuries received in a collision be-
tween a street car and an electric truck. From a judg-
ment for the plaintiff, defendant appeals.

Joseph D. Ryan, William H. Symmes and Frank
L. Kriete, for appellant; W. W. Gurley and J. R.
Guilliams, of counsel.

Hiram Blaisdell and A. H. Ranes, for appellee.

Mr. Justice Baker delivered the opinion of the court.

### Abstract of the Decision.

Street railroads, § 86*—*when injury in collision is result of ac-
cident.* Where a boy on the rear end of an electric truck with his
feet hanging over the end of the bed was injured by being caught
between such truck and a street car, due to the truck suddenly stop-
ping when another vehicle was driven in front of it, the accident
was such that the motorman could not be required to anticipate
it, and the injury was not due to the negligence of such motor-
man.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.